Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Destiny Williams, Esq.
*Admitted Pro Hac Vice*
NC Bar No.: 54381
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: dwilliams@windisability.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMMI J. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:24-cv-01156-EJY |
| v. | ) |
| | ) **SECOND CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| MARTIN O'MALLEY, | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    Plaintiff, Tammi J. Johnson, by her attorney, moves for a second, thirty (30) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed on or before October 21, 2024. If granted, Plaintiff's brief would be due on or before November 20, 2024. This is Plaintiff's second request for an extension of time in this matter. On September 13, 2024, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 9).

1

Counsel requests this extension due to an interoffice miscommunication; this briefing was incidentally mis-calendared. Counsel apologizes for this error and any confusion that may have been caused by it. Due to this miscommunication, Counsel requires additional time to properly and thoroughly review the large Administrative Record in this matter (5,998 pages) and to reintegrate this briefing into the briefing attorney's schedule. Further, Counsel has explored reassigning this briefing to a different briefing attorney in Counsels office, but is unable to do so due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between October 11, and November 18, 2024, staff in Counsel's office have ninety-six (96) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Wherefore, Plaintiff requests an extension from October 21, 2024, up to and including November 20, 2024, to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

//

//

//

//

//

Dated October 17, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Destiny Williams* | */s/Hal Taylor* |
| Destiny Williams, Esq. | Hal Taylor, Esq. |
| *Admitted Pro Hac Vice* | Of Counsel, Olinsky Law Group |
| NC Bar No.: 54381 | NV Bar No.: 4399 |
| 250 S. Clinton Street, Suite 210 | 2551 West Lakeridge Shores |
| Syracuse, NY 13202 | Reno, NV 89519 |
| Tel: (315) 701-5780 | Tel: (775) 825-2223 |
| Fax: (315) 701-5781 | Fax: (775) 329-1113 |
| Email: dwilliams@windisability.com | Email: HalTaylorLawyer@gbis.com |
| Attorney for Plaintiff | Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  October 18, 2024

3