Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Destiny Williams, Esq.
*Admitted Pro Hac Vice*
NC Bar No.: 54381
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: dwilliams@windisability.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAMMI J. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:24-cv-01156-EJY |
| v. | ) |
| | ) **UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME TO FILE** |
| MARTIN O'MALLEY, | ) **PLAINTIFF'S OPENING BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **NUNC PRO TUNC** |
| | ) |
| Defendant. | ) |
| _____ | ) |

PLEASE TAKE NOTICE that Plaintiff, Tammi J. Johnson, by her attorneys, Olinsky

Law Group, Hal Taylor, Esq. and Destiny Williams, Esq., will move and hereby does move this

Court, for an extension of time to Plaintiff's Opening Brief, *nunc pro tunc*. Plaintiff's Brief was

due Wednesday, November 20, 2024. Counsel seeks a one (1) day extension of time, or up to

and including Thursday, November 21, 2024, in which to file the Opening Brief. This request

will not cause Defendant any undue hardship, and Plaintiff's counsel has conferred with

1

Defendant's counsel, who has no objection. This is the first such request submitted by Plaintiff in this matter.

Counsel requests this extension due to technical difficulties with Attorney Williams' Pacer Account. Counsel attempted to file this brief on November 20, 2024; however, she received an error message, and her account remained inactive until 7:26AM EST on November 21, 2024. Therefore, Counsel is seeking a short extension to submit the Opening Brief now that her account is operating properly. Counsel apologizes profusely for this any resulting delay and will file Plaintiff's Opening Brief immediate after filing this Motion.

The undersigned thus respectfully requests the relief requested in the proposed order filed with the Court this day.

Dated November 21, 2024.

Respectfully submitted,

/s/ Destiny Williams
Destiny Williams, Esq.
*Admitted Pro Hac Vice*
NC Bar No.: 54381
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: dwilliams@windisability.com
Attorney for Plaintiff

/s/Hal Taylor
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

IT IS SO ORDERED this 21st day of November, 2024.

_____
EILAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2