JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMMI J. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No.: 2:24-cv-01156-EJY<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 23, 2024        Respectfully submitted,

                                      OLINSKY LAW GROUP

                                      */s/ Hal Taylor*
                                      HAL TAYLOR
                                      (*as authorized via email on December 21, 2024)
                                      Attorney for Plaintiff

Dated: December 23, 2024        Respectfully submitted,

                                      JASON M. FRIERSON
                                      United States Attorney

                                      */s/ David Priddy*
                                      DAVID PRIDDY
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

IT IS SO ORDERED.
IT IS FURHTER ORDERED that Plaintiff's Brief at ECF No. 15 is DENIED as moot.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

_____

DATED: December 23, 2024

2